UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HARRIS LOCAL GOVERNMENT SOLUTIONS, INC., ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:22-CV-752-SDJ |
| TRUE PRODIGY TECH SOLUTIONS, LLC, ET AL. | § § | |

## ORDER SETTING HEARING

Before the Court is Defendants' Unopposed Motion for Oral Argument on Motion to Dismiss. (Dkt. #51). Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants' Motion to Dismiss Second Amended Complaint Under Rule 12(b)(6), (Dkt. #37), is set for hearing on **October 12, 2023**, at **11:00 a.m.** at the United States Courthouse located at 7940 Preston Road in Plano, Texas. The Court will also hear Defendants' Sealed Motion for Special Procedures Requiring Identification of Trade Secrets at Issue, (Dkt. #53), and Defendant's Opposed Motion to Stay Discovery Pending Ruling on Motion to Dismiss Plaintiffs' Second Amended Complaint, (Dkt. #41), at the same time.

**So ORDERED and SIGNED this 5th day of October, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE